# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mason Eugene Breiner-Myers aka Mason Eugene Breiner aka Mason Eugene Myers<br>Debtor(s) | BK NO. 20-02760 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PINGORA LOAN SERVICING, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/Rebecca A. Solarz
                        Rebecca Solarz
                        30 Sep 2020, 17:09:58, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322