UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MASON EUGENE BREINER-MYERS : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
MASON EUGENE BREINER-MYERS :
       Respondent(s) : CASE NO. 1-20-bk-02760

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 31st day of March, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Excess disposable income. (Monthly Net Income is $2,036.49.)

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2019 Federal Income Tax return. (Second request)
    b. Last paystub dated April 30, 2021. (Second request)
    c. Unfiled 2018 and 2019 federal income tax returns (Claim #1).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
Attorney for Trustee

CERTIFICATE OF SERVICE

     AND NOW, this 31st day of March, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA 17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee2