UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MASON EUGENE BREINER-MYERS
AKA: MASON EUGENE MYERS,
MASON EUGENE BREINER     CHAPTER 13

          Debtor(s)
JACK N. ZAHAROPOULOS     CASE NO: 1-20-02760-HWV
CHAPTER 13 TRUSTEE
          Movant
vs.
MASON EUGENE BREINER-MYERS
etal
          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 21, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 26, 2021.

2. A hearing was held and an Order was entered on September 22, 2021 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

          Respectfully submitted,

          /s/ Agatha R. McHale, Esq.
          Id: 47613
          Attorney for Movant
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Ste. A, 8125 Adams Drive
          Hummelstown, PA 17036
          Ph. 717-566-6097
          Fax. 717-566-8313
          email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MASON EUGENE BREINER-MYERS
AKA: MASON EUGENE MYERS,
MASON EUGENE BREINER     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS     CASE NO: 1-20-02760-HWV
CHAPTER 13 TRUSTEE
    Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: January 26, 2022
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street     Time: 09:35 AM
Harrisburg, PA 17101

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: December 21, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MASON EUGENE BREINER-MYERS
AKA: MASON EUGENE MYERS, MASON EUGENE BREINER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-20-02760-HWV

Movant

MASON EUGENE BREINER-MYERS etal

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILLPA17011-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Served by 1st Class Mail

MASON EUGENE BREINER-MYERS
531 ABERDEEN RD
ELIZABETHTOWN, PA 17022-9450

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2021

Respectfully,
/s/ Vickie Williams
for Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MASON EUGENE BREINER-MYERS
AKA: MASON EUGENE MYERS, MASON EUGENE BREINER

CHAPTER 13

CASE NO: 1-20-02760-HWV

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

MASON EUGENE BREINER-MYERS etal

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.