# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>MASON EUGENE BREINER MYERS<br>    Debtor | Case No. 1:20-bk-02760-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MASON EUGENE BREINER MYERS<br>    Respondents | 11 U.S.C. §362 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.
Working on Resolution

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 3, 2022

_____
Applicant's Signature

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>MASON EUGENE BREINER MYERS | Case No. 1:20-bk-02760-HWV<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| MASON EUGENE BREINER MYERS,<br>    Debtor | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Request To Continue Hearing has been electronically served or mailed, postage prepaid on this day to the following:

MASON EUGENE BREINER MYERS
31 E LISBURN RD
MECHANICSBURG, PA 17055-5538

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 MARKET STREET
CAMP HILL, PA 17011

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee , US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

January 3, 2022

                                      */s/ Mario Hanyon*
                                      Mario Hanyon

(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com