United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mason Eugene Breiner-Myers  
    Debtor

Case No. 20-02760-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 30, 2022     Form ID: ordsmiss     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mason Eugene Breiner-Myers, 31 East Lisburn Road, Mechanicsburg, PA 17055-5538 |
| 5359440 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5359444 | + | Heller's Gas, 1560 Holly Pike, Carlisle, PA 17015-9103 |
| 5359446 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5400954 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5359449 | + | Upper Allen Township, 100 Gettysburg Pike, Mechanicsburg, PA 17055-5698 |
| 5359450 | + | Weltman, Weinberg & Reis Co., LPA, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 30 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5359442 | | Email/Text: bankruptcy@cavps.com | Jun 30 2022 18:42:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5359441 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 30 2022 18:42:00 | Caine & Weiner, 338 Harris Hill Road #206, Buffalo, NY 14221-7470 |
| 5370059 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2022 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5373211 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 30 2022 18:42:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5359443 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 30 2022 18:42:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5400955 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2022 18:42:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5387458 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2022 18:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5387459 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2022 18:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5359445 | + | EDI: IRS.COM | Jun 30 2022 22:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5373971 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 18:54:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5359447 | | EDI: PENNDEPTREV | Jun 30 2022 22:48:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 5359447 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 18:42:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5373038 | EDI: PRA.COM | Jun 30 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5359448 | EDI: PRA.COM | Jun 30 2022 22:48:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5368453 | EDI: Q3G.COM | Jun 30 2022 22:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5359598 | + EDI: RMSC.COM | Jun 30 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5434041 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5434144 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5434040 | *+ | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5434143 | *+ | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2022  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Mason Eugene Breiner-Myers pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mason Eugene Breiner−Myers,<br>aka Mason Eugene Breiner, aka Mason Eugene Myers, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−02760−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 30, 2022

ordsmiss (05/18)